

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/23/2025 9:54:47 PM
CHRISTOPHER A. PRINE
Clerk

**TPC Enahoro Law Group, PLLC**

1642 Crescent Drive

Tarrytown, NY 10591

Tara@tpcenahorolaw.com

(212) 470-4080

**Date: July 23, 2025**

Clerk of the Court

Fifteenth Court of Appeals

P.O. Box 12852

Austin, TX 78711

### Re: Appellee's Brief Filing – Case No. 15-25-00119-CV

### Style: Jeanette Jimmerson et al. v. San Juanita Medeles

Dear Clerk,

I am writing to clarify that the Appellee's Brief in the above-referenced matter was timely filed on July 17, 2025, and to explain the circumstances of the original submission.

Due to the case's initial presence in the Third Court of Appeals, where it was accessible using the Fifteenth Court of Appeals information, I filed the brief in the same manner as the Appellants had done previously. At the time, the case did not appear in the Fifteenth Court's electronic filing system, and therefore I was unable to submit it directly there.

The brief was subsequently returned by the Third Court of Appeals, and I was then provided on how to properly file it with the Fifteenth Court. I followed those instructions to refile accordingly.

Under the eFileTexas system guidelines:

"An electronically filed document is deemed filed when delivered to the electronic filing service provider, unless it is filed on a Saturday, Sunday, or legal holiday…"

Accordingly, the Appellee's Brief should retain its original file stamp date of July 17, 2025, as that was the date it was first submitted to the electronic filing provider.



I respectfully request that the Court recognize and preserve July 17, 2025, as the official filing date for the Appellee's Brief.

Please contact me if any further documentation or clarification is required.

Sincerely,

Tara Enahoro

Counsel for Appellee

TPC Enahoro Law Group PLLC

From: no-reply@efilingmail.tylertech.cloud
To: Tara Enahoro Tara@tpcenahorolaw.com
Date: Fri, 18 Jul 2025, 02:09



# Filing Submitted

Envelope Number: 103290064
Case Number: 03-25-00360-CV
Case Style:

The filing below has been submitted to the clerk's office for review. Please allow 24 - 48 hours for clerk office processing.

| Filing Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Date/Time Submitted** | 7/17/2025 8:09 PM CST |
| **Filing Type** | Brief Not Requesting Oral Argument |
| **Filing Description** | |
| **Type of Filing** | EFileAndServe |
| **Filed By** | Tara Enahoro |
| **Filing Attorney** | TARA ENAHORO |

| Fee Details |
|---|
| Your account is never charged until your filing is accepted. If you see any pending charges on your account prior to acceptance, this is an authorization hold to ensure the funds are available so your filing can be accepted without delay.<br><br>If the filing is canceled or rejected these funds will be released and will return to your account according to your financial institution's policies (typically 3-10 business days). |

This envelope is pending review and fees may change.

| | |
|---|---|
| Case Fee Information | $0.00 |
| Brief Not Requesting Oral Argument | $0.00 |

**Total:** $0.00 (The envelope still has pending filings and the fees are subject to change)

| Document Details | |
|---|---|
| **Lead Document** | BRIEF AND APPENDIX FOR APPELLEE SAN JUANITA MEDELES.pdf |
| **Lead Document Page Count** | 30 |
| **File Copy** | [Download Document](#) |
| This link is active for 45 days. | |

For technical assistance, contact your service provider



Need Help? [Help](#)
Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.

**From:** no-reply@efilingmail.tylertech.cloud

**To:** Tara Enahoro Tara@tpcenahorolaw.com

**Date:** Mon, 21 Jul 2025, 14:22



# Filing Returned
Case Number: 03-25-00360-CV
Case Style:

The filing below, previously served to you, has been returned to the filer for further action.

| Return Reason(s) from Clerk's Office | |
|---|---|
| **Returned Reason** | Case has been transferred to another appellate court |
| **Return Comments** | Case has been transferred to the 15th Court of Appeals as of July 3, 2025. |

| Document Details | |
|---|---|
| **Court** | Courts of Appeals |
| **Case Number** | 03-25-00360-CV |
| **Case Style** | |
| **Date/Time Submitted** | 7/17/2025 8:09 PM CST |
| **Activity Requested** | Brief Not Requesting Oral Argument |
| **Filed By** | Tara Enahoro |

Please do not reply to this email. It was automatically generated.

For technical assistance, contact your service provider

Need Help? <u>Help</u>



Visit: https://efiletexas.gov/contacts.htm
Email: support@eFileTexas.gov
For technical assistance, contact your service provider

Need Help? [Help]
Visit: https://efiletexas.gov/contacts.htm
is email. It was automatically generated.
Email: support@eFileTexas.gov

Please do not reply to this email. It was automatically generated.